**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LADARIUS JOHNSON and ANDRIANE ELEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:25-cv-05359-JPM |
| THE STATE OF GEORGIA, | ) | |
| FULTON COUNTY DISTRICT | ) | |
| ATTORNEY'S OFFICE, | ) | |
| DEA AGENTS JOHN/JANE | ) | |
| DOES 1-5, | ) | |
| UNKNOWN STATE AGENTS | ) | |
| AND EMPLOYEES, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT STATE OF FULTON COUNTY DISTRICT ATTORNEY'S OFFICES' MOTION TO DISMISS

Defendant Office of the District Attorney for the Atlantic Judicial Circuit[1]

("Defendant DA Office"), through counsel, files this motion to dismiss based on,

*inter alia*, sovereign immunity, personal jurisdiction, failure to state claims,

qualified immunity,  and punitive damages, as set forth more fully in the brief filed

herewith.

---

[1] Plaintiffs mistakenly named Defendant as "Fulton County District Attorney's Office" in their Complaint.

- 1 -

WHEREFORE, Defendant DA Office respectfully requests that the Court grant this motion and dismiss the complaint and the claims asserted therein against Defendant DA Office.

Respectfully submitted,

Christopher M. Carr                    112505
Attorney General

Loretta L. Pinkston-Pope              580385
Deputy Attorney General

Roger A. Chalmers                      118720
Senior Assistant Attorney General

/s/ Ronald S. Boyter, Jr.
Ronald S. Boyter, JR.                  073553
Senior Assistant Attorney General

/s/ Peter F. Fisher
PETER F. FISHER                        797142
Senior Assistant Attorney General

*Counsel for Defendant District Attorney's Office*

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Ron S. Boyter, Jr.
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3695
Fax: (404) 651-5304
Email: Rboyter@law.ga.gov

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Michael T. Sterling, Sr.
Law Office of Mike T. Sterling
318 Cherokee Ave., Unit B-106
Atlanta, Georgia 30312
<u>Mike@MikeTSterlinglaw.com</u>


This 5th day of February, 2026.

<u>/s/ Peter F. Fisher</u>
PETER F. FISHER                797142

<u>/s/ Ronald S. Boyter, Jr.</u>
Ronald S. Boyter, JR.          073553